IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR17 |
| | ) | |
| v. | ) | |
| | ) | |
| RELXFORD HAYES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the findings and recommendation and order of the magistrate judge (Filing No. 54), recommending that defendant's motion to dismiss (Filing No. 33) be denied. The Court has reviewed the motion, the brief (Filing No. 34), and the transcript (Filing No. 53) and finds the recommendation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The findings and recommendation of the magistrate judge are approved and adopted;

2) Defendant's motion to dismiss is denied;

3) Trial of this matter is scheduled for:

**Tuesday, June 19, 2012, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to pursue plea negotiations or prepare for trial. The ends of justice will be served by continuing this case and outweigh the interests of the public and

the defendant in a speedy trial. The additional time between May 22, 2012, and June 19, 2012, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 22nd day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court