IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR17 |
| | ) | |
| v. | ) | |
| | ) | |
| RELXFORD HAYES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion for continuance of trial (Filing No. 62).  The Court notes plaintiff has no objection, and the motion will be granted.  Accordingly,

IT IS ORDERED defendant's motion is granted; trial of this matter is rescheduled for:

**Tuesday, July 31, 2012, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The parties will have time to pursue plea negotiations or prepare for trial.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between June 19, 2012, and July 31, 2012, shall be deemed excludable time

in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 8th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court