IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )            8:12CR17
                                )
        v.                      )
                                )
RELXFORD HAYES,                 )              ORDER
                                )
                Defendant.      )
_____)


        This matter is before the Court on the motion for
continuance of trial (Filing No. 65).  The Court notes plaintiff
has no objection, and the motion will be granted.  Accordingly,

        IT IS ORDERED defendant's motion is granted; trial of
this matter is rescheduled for:

**Tuesday, November 6, 2012, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse,
Omaha, Nebraska, or as soon thereafter as may be called by the
Court.  The parties will have time to pursue plea negotiations or
prepare for trial.  The ends of justice will be served by
continuing this case and outweigh the interests of the public and
the defendant in a speedy trial.  The additional time between
July 31, 2012, and November 6, 2012, shall be deemed excludable

time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 25th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court