IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
             Plaintiff,      )     8:12CR17
                             )
       v.                    )
                             )
RELXFORD L. HAYES,           )     ORDER
                             )
             Defendant.      )
_____)
```

This matter is before the Court on defendant's renewal of motion to dismiss (Filing No. 83). Defendant did not file a brief with the renewed motion. Defendant originally filed his motion to dismiss on March 23, 2012 (Filing No. 33). On April 25, 2012, at the hearing on the motion, the magistrate judge recommended that the motion be denied and informed the parties that they had fourteen days from the filing of the unredacted transcript of the hearing to file any objections (Filing No. 44). Defendant did not file any objections to the findings and recommendation of the magistrate judge. This Court then reviewed defendant's motion, brief (Filing No. 34), and the transcript setting forth the magistrate judge's findings and recommendation (Filing No. 53) and ordered that the magistrate judge's findings and recommendation (Filing No. 54) be approved and adopted (Filing No. 55).

Considering that the defendant did not object to the findings and recommendation of the magistrate judge during the

time provided to do so, and since the defendant has offered no reason for the Court to reconsider its order at this time, the renewed motion to dismiss will be denied. Accordingly,

IT IS ORDERED that defendant's renewal of motion to dismiss (Filing No. 83) is denied.

DATED this 6th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court